UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

CHARLES TRUMBULL, et al.,

    Plaintiffs,

    v.

SEÑOR FROG'S DE LA ISLA, INC., etc., et al.,

    Defendants.

Civil No. 05-1462(JAF)

**ORDER OF RECUSAL**

Plaintiff Charles Trumbull was serving as a student law clerk in my chambers at the time of the events outlined in the Complaint. I have personal knowledge of the damages claimed. Therefore, I recuse myself from presiding over this case.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 29th day of April, 2005.

                                  S/José Antonio Fusté
                                  JOSE ANTONIO FUSTE
                                  Chief U. S. District Judge